■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FELIPE A. ROMERO, Also Known as JOHN DOE, Appellant. [46 NYS3d 461]—Motion for writ of error coram nobis denied. Pres-

ent—Centra, J.P., Lindley, DeJoseph, Curran and Troutman, JJ.